IN THE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 DEC 21  A 11: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TARGET BRANDS, INC., a Minnesota corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RUSSELL PETROLEUM CORPORATION, an Alabama corporation, and WAYNE RUSSELL, an Alabama resident, )<br>)<br>Defendants. ) | Civil Action No. 2:07cv1113-MEF |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Target Brands, Inc., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similarly entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 and Federal Rule of Civil Procedure 7.1:

*[[CHECK THE APPROPRIATE BOX]]*

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

1/1646945.1                                    1

X       The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
| --- | --- |
| Target Corporation | Parent corporation |

Respectfully submitted this 21 day of December, 2007.

_____George R Parker_____
George R. Parker (PAR086)

OF COUNSEL:

Michael S. Denniston (DEN012)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: 205.521.8244
Facsimile: 205.488.6244
Email: mdenniston@bradleyarant.com

George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Ave ·Suite 780
Montgomery, AL 36104
Telephone: 334.956.7700
Facsimile 334.956.7701
Email: gparker@bradleyarant.com

**FAEGRE & BENSON LLP**
James R. Steffen (MN #204717)
Timothy J. Cruz (MN #0386626)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

1/1646945.1                                 2

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Russell Petroleum Corporation
c/o Registered Agent
Ernest W. Russell, Jr.
P.O. Box 250330
Montgomery, Alabama 36125-0330

Wayne Russell
P.O. Box 250330
Montgomery, Alabama 36125-0330

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this __21__ day of December, 2007.

_____
George R. Parker (PAR086)