# IN THE DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |
|---|---|
| **TARGET BRANDS, INC.**, a Minnesota corporation, ) ) ) | |
| Plaintiff, ) | |
| vs. ) ) | Civil Action No. 2:07-cv-1113 |
| **RUSSELL PETROLEUM CORPORATION**, an Alabama corporation, and **WAYNE RUSSELL**, an Alabama resident, ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

George R. Parker, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Plaintiff, Target Brands, Inc, respectfully moves for admission *pro hac vice* of attorneys Timothy Joel Cruz and James Robert Steffen, of the firm of Faegre & Benson, LLP, as additional counsel for the above-referenced Plaintiff. In support of this Motion, Certificates of Good Standing are attached for each attorney.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court two checks in the amount of $50.00 each in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorneys Timothy Joel Cruz and James Robert Steffen, of the firm of

Faegre & Benson, LLP, *pro hac vice* as additional counsel for Plaintiff Target Brands, Inc.

Respectfully submitted this the 8th day of January, 2008.

    /s George R. Parker
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Ave ▪Suite 780
Montgomery, AL 36104
Telephone: 334.956.7700
Facsimile 334.956.7701
Email:  gparker@bradleyarant.com

Michael S. Denniston
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:  205.521.8244
Facsimile:   205.488.6244
Email:  mdenniston@bradleyarant.com

James R. Steffen (MN #204717)
Timothy J. Cruz (MN #0386626)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

Russell Petroleum Corporation
c/o Registered Agent
Ernest W. Russell, Jr.
P.O. Box 250330
Montgomery, Alabama 36125-0330


Wayne Russell
P.O. Box 250330
Montgomery, Alabama 36125-0330

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 8th day of January, 2007.


    /s George R. Parker
George R. Parker

January 8, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

James Steffen, Bar # 204717, was duly admitted

to practice in this Court on November 17, 1989 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on January 8, 2008.

RICHARD D. SLETTEN, CLERK

(By) _____ Larry Lewis, Deputy Clerk

Form Modified 12/30/03

January 8, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Timothy Cruz, Bar # 386626, was duly admitted

to practice in this Court on December 8, 2006 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on January 8, 2008.

RICHARD D. SLETTEN, CLERK

(By) _____
     Larry Lewis, Deputy Clerk

Form Modified 12/30/03