```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003204
Cashier ID: christin
Transaction Date: 01/10/2008
Payer Name: FAEGRE AND BENSON
------------------------------------
PRO HAC VICE
  For: JAMES STEFFEN
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $50.00
PRO HAC VICE
  For: TIMOTHY CRUZ
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $50.00
------------------------------------
CHECK
  Remitter: FAEGRE AND BENSON
  Check/Money Order Num: 748889
  Amt Tendered:  $50.00
CHECK
  Remitter: FAEGRE AND BENSON
  Check/Money Order Num: 748888
  Amt Tendered:  $50.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00
```

FAEGRE AND BENSON

2200 WELLS FARGO CENTER

90 SOUTH SEVENTH STREET

MINNEAPOLIS, MN  55402-3901


MOT/PHV JAMES STEFFEN

MOT/PHV TIMOTHY  CRUZ

DALM207CV1113-MEF