**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 11, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Target Brands, Inc. **v.** Russell Petroleum Corporation, et al.
**Case Number:** 2:07-cv-1113-MEF

**Pleading : #5 - Motion to Appear Pro Hac Vice**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 1/8/2008 with Certificates of Good Standing from the Supreme Court of Minnesota attached rather than the US District Court, District of Minnesota as required.**

**The required Certificates of Service have been substituted and are attached to this notice.**

January 8, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

James Steffen, Bar # 204717, was duly admitted

to practice in this Court on November 17, 1989 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on January 8, 2008.

RICHARD D. SLETTEN, CLERK

(By) _____
Larry Lewis, Deputy Clerk

Form Modified 12/30/03

January 8, 2008  AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Timothy Cruz, Bar # 386626, was duly admitted

to practice in this Court on December 8, 2006 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on January 8, 2008.

RICHARD D. SLETTEN, CLERK

(By) _____ Larry Lewis, Deputy Clerk

Form Modified 12/30/03