IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARGET BRANDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-1113-MEF |
| | ) |
| RUSSELL PETROLEUM | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion for Admission of Timothy Joel Cruz and James Robert Steffen *Pro Hac Vice* (Doc. #5) filed on January 8, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 14th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE