IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARGET BRANDS, INC., a Minnesota Corporation ) ) ) | |
| Plaintiff, ) ) | |
| VS. ) ) | CASE NO.: 2:07-cv-1113-ME |
| RUSSELL PETROLEUM CORPORATION, an Alabama Corporation, and WAYNE RUSSELL, an Alabama resident, ) ) ) ) ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

COMES NOW, J. DOYLE FULLER and JACOB A. FULLER, attorneys, and files herein his appearance of co-counsel for and in behalf of the Defendants, RUSSELL PETROLEUM and WAYNE RUSSELL, in the above referenced matter.

Counsel, in making this appearance, requests:

1. That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That name of counsel be entered herein on the appropriate court records and that he be designated as counsel of record.

Respectfully submitted this the 22nd day of January, 2008.

/s/ J. Doyle Fuller
J. DOYLE FULLER (FUL005)
JACOB A. FULLER (FUL030)
Attorneys for Defendants

LAW OFFICES OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, Alabama 36106
334-270-0020
334-270-9848 *fax*
[jdf@jdoylefuller.com](jdf@jdoylefuller.com)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

```
George R. Parker
Michael S. Denniston
BRADLEY, ARANT, ROSE & WHITE, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

George R. Parker
BRADLEY, ARANT, ROSE & WHITE, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

FAEGRE & BENSON, LLP
James R. Steffen
Timothy J. Cruz
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
```

by electronic transmission on this the 22nd day of January, 2008.

                                              J. Doyle Fuller
                                              OF COUNSEL