IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN_____ DIVISION

TARGET BRANDS, INC., a Minnesota Corporation
_____,  )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )   CASE NO. 2:07-cv-1113-ME
                                              )            _____
RUSSELL PETROLEUM CORPORATION, et al          )
_____,  )
                                              )
        Defendants,                           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW RUSSELL PETROLEUM____, a  Defendant        in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☒  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____                     _____

_____                     _____

_____                     _____


1/23/2008                                   _____
_____                             (Signature)
    Date                                    J. Doyle Fuller
                                            _____
                                            (Counsel's Name)
                                            **Russell Petroleum Corp**
                                            _____
                                            Counsel for (print names of all parties)
                                            2851 Zelda Road
                                            _____
                                            Montgomery, AL 36106
                                            Address, City, State Zip Code
                                            334-270-0020
                                            _____
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Doyle Fuller _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23rd day of January 20 08 to:

George R. Parker, Esq. and Michael S. Denniston, Esq. , BRADLEY, ARANT, ROSE & WHITE, LLP

1819 Fifth Avenue North, Birmingham, AL 35203: FAEGRE & BENSON,LLP, James R. Steffen,

Esq. and Timothy J. Cruz, Esq., 2200 Wells Fargo Center, 90 South Seventh Street,

Minneapolis, MN  55402

_____

_____

1/23/2008
_____      _____
            Date                              Signature