IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

TARGET BRANDS, INC., a Minnesota Corporation
_____,  )
)
)
Plaintiff,  )
)
v.  )  CASE NO. 2:07-cv-1113-ME
)
RUSSELL PETROLEUM CORPORATION, et al  )
_____,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>WAYNE RUSSELL</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____        _____
_____        _____
_____        _____

1/23/2008
_____        _____
Date                (Signature)

J. Doyle Fuller
(Counsel's Name)

**Wayne Russell**
Counsel for (print names of all parties)
2851 Zelda Road
Montgomery, AL 36106
Address, City, State Zip Code
334-270-0020
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, J. Doyle Fuller, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23rd day of January 2008 to:

George R. Parker, Esq. and Michael S. Denniston, Esq. , BRADLEY, ARANT, ROSE & WHITE, LLP

1819 Fifth Avenue North, Birmingham, AL 35203: FAEGRE & BENSON, LLP, James R. Steffen,

Esq. and Timothy J. Cruz, Esq., 2200 Wells Fargo Center, 90 South Seventh Street,

Minneapolis, MN 55402

1/23/2008
Date

Signature