UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TARGET BRANDS, INC.**, a Minnesota corporation,<br><br>      **Plaintiff,**<br><br>vs.<br><br>**RUSSELL PETROLEUM CORPORATION**, an Alabama corporation, and **WAYNE RUSSELL**, an Alabama resident,<br><br>      **Defendants.** | Civil Action No.<br>2:07-cv-1113-MEF-CSC |

## ADDENDUM TO COMPLAINT

Plaintiff, Target Brands, Inc., hereby gives notice of its filing the following attachments which were listed in but not attached to the Original Complaint:

> Exhibit A: Photographs of the Service Station from 2006 illustrating the infringing use of the TARGET, Bullseye Design and TARGET & Bullesye Design marks; and

> Exhibit B: Photographs of signs at the Service Station after the change was made.

Plaintiff further avers that Counsel for the Defendant has stated that he has no objection to the filing of these exhibits.

Respectfully submitted this the 20th day of February, 2008

                                              /s Michael S. Denniston
                                          Michael S. Denniston (DEN012)

**OF COUNSEL:**

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:  205.521.8244
Facsimile:   205.488.6244
Email:  mdenniston@bradleyarant.com


George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Ave ͵Suite 780
Montgomery, AL 36104
Telephone: 334.956.7700
Facsimile 334.956.7701
Email:  gparker@bradleyarant.com


**FAEGRE & BENSON LLP**
James R. Steffen (MN #204717)
Timothy J. Cruz (MN #0386626)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>J. Doyle Fuller
>Law Office of J. Doyle Fuller, P.C.
>2851 Zelda Road
>Montgomery, AL 36106
>
>Jacob A. Fuller
>Law Office of J. Doyle Fuller, P.C.
>2851 Zelda Road
>Montgomery, AL 36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

>Respectfully submitted,
>
>/s Michael S. Denniston
>Michael S. Denniston (DEN012)
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>Telephone:  205.521.8244
>Facsimile:   205.488.6244
>Email:  mdenniston@bradleyarant.com

# EXHIBIT A





# EXHIBIT B



11/19/2007

