IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARGET BRANDS, INC.,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-1113-MEF |
| ) | |
| RUSSELL PETROLEUM ) | |
| CORPORATION, *et al*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the plaintiff's motion to compel (doc. # 18) filed on May 23, 2008 it is

ORDERED that the motion be DENIED pursuant to FED.R.CIV.P. 26(c) and 37(a)(1). These rules require litigants to resolve discovery disputes by a good faith conference before seeking court intervention. Written communications between counsel do not constitute a conference nor does a written request for a conference which never takes place. Discovery motions filed pursuant to these Rules must be accompanied by a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. Counsel for the parties are DIRECTED to hold not later than 20 days from the date of this order, the required good faith conference. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at http://www.almd.uscourts.gov.

Done this 23rd day of May, 2008.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE