**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 27, 2008

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Target Brands, Inc. **v.** Russell Petroleum Corporation, et al.
**Case Number:** 2:07-cv-1113-MEF

**Pleading : #18 - Motion to Compel**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/23/2008 without a Certificate of Service attached.**

**The Certificate of Service is attached to this notice.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**


**TARGET BRANDS, INC.,**

         **Plaintiff,**

**v.**

**RUSSELL PETROLEUM
CORPORATION,** *et al*,

         **Defendants.**

**Civil Action No. 2:07-cv-1113**


<u>**Certificate of Service**</u>


I hereby certify that on May 23, 2008, I caused the following documents:

**Plaintiff's Motion to Compel Disclosure of Information and Responses to Discovery Requests; and**

**Declaration of Timothy J. Cruz in Support of Plaintiff's Notice of Motion and Motion to Compel Disclosure of Information and Responses to Discovery Requests**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:


George R. Parker
gparker@bradleyarant.com

Michael S. Denniston
mdenniston@bradleyarant.com

James R. Steffen
jrsteffen@faegre.com

Timothy J. Cruz
tcruz@faegre.com

J. Doyle Fuller
doyle@jdoylefuller.com

Jacob A. Fuller
Jacob@jdoylefuller.com

Dated:  May 27, 2008

**FAEGRE & BENSON LLP**

*/s/  Timothy J. Cruz*
James R. Steffen (*Pro Hac Vice*)
Timothy J. Cruz (*Pro Hac Vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600

**Attorneys for Plaintiff Target Brands, Inc.**

fb.us.2920417.01